UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CRIMINAL MINUTES - GENERAL

Priority ✓
Send ___
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

Case No: CR 02-683-SVW          Date: September 9, 2002  9-9-02

===========================================================================

HONORABLE STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Paul Pierson | Lena Villegas | Bruce Rearden |
|---|---|---|
| Deputy Clerk | Court Reporter | Asst. U. S. Attorney |

INTERPRETER: N/A

===========================================================================
U.S.A. vs (Dft. listed below)         Attorneys for Defendants
1) James Lonzo Turner                 1) Robert Ramsey
X pres  X custody ___ bond            X pres ___ apptd  X retnd

PROCEEDING:   HEARING RE: PRELIMINARY REVOCATION OF SUPERVISED RELEASE

    Cause called initially and defense counsel, Alicia Blanco (DFPD), advises the Court that the defendant has retained new counsel, Robert Ramsey. The Court releases Ms. Blanco and informs parties that this matter shall be recalled when Mr. Ramsey arrives.

    Cause recalled and counsel make their appearance. The clerk advised the defendant of the allegations as contained in the petition and to which the defendant wholly admits. Court and counsel confer at length regarding the sentencing options. The Court finds the defendant in violation of his terms and conditions previously set forth. The Court orders the defendant committed to the Bureau of Prisons for a period of four (4) months and upon release from imprisonment, the defendant shall then participate in home detention/electronic monitoring with payment for those associated costs for a period of four (4) months. Furthermore, the defendant's term of Supervised Release is hereby reinstated for a period of thirty-six (36) months under the same terms and conditions as originally imposed.

cc: BOP
    USM
    USPO
    PTS

ON ICMS
    2002

MINUTES FORM 6                                    Initials of Deputy Clerk ___
CRIM - GEN