Priority ___
Send ✓
Enter ✓
Closed ✓
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

ENTERED ENTERED
CLERK U.S. DISTRICT COURT
09-13-02
SEP 13 2002
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs ) <br> ) <br> JAMES LONZO TURNER, ) <br> ) <br> ) <br> ) <br> Defendant. ) <br> ) | CASE NO: CR 02-683-SVW <br><br> JUDGMENT AND COMMITMENT ORDER AFTER VIOLATING CONDITIONS OF SUPERVISED RELEASE |

   WHEREAS, on 9-9-02, came the attorney for the Government, Bruce Rearden, and the defendant appeared in person with Robert Ramsey, retained counsel; and the defendant admitted the allegations as stated in the Petition on Probation and Supervised Release.
   WHEREAS, on 9-9-02, the defendant having admitted the violations and the Court hereby finds that the defendant has violated the conditions of the Supervised Release originally imposed.
   IT IS ADJUDGED, upon the findings of the Court, that the defendant shall be committed to the Bureau of Prisons for a term of four (4) months and upon release from imprisonment, the defendant shall be placed on home detention with electronic monitoring for a period of four (4) months and shall pay any associated costs thereof. Furthermore, the defendant's term of supervised release is hereby reinstated for a period of thirty-six (36) months under the same terms and conditions as originally imposed.
   IT IS ORDERED that the Clerk deliver a copy of this judgment to the U.S. Marshal and the U.S. Probation Office.

DATE: SEP 12 2002

FILED: SEP 12 2002
SHERRI R. CARTER, CLERK
by Paul Pinson, Deputy Clerk

STEPHEN V. WILSON
U.S. DISTRICT JUDGE

cc: BOP
    USM
    USPO
    PTS